IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ANTHONY MURFF, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 05-2164-Ml/V |
| DAVID MILLS, | ) | |
| Respondent. | ) | |

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS
AND
ORDER DIRECTING PETITIONER TO PAY THE HABEAS FILING FEE

Petitioner Anthony Murff, Tennessee Department of Correction prisoner number 331233, an inmate at the West Tennessee State Penitentiary ("WTSP") in Henning, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on March 1, 2005, along with an application seeking leave to proceed in forma pauperis. Based on the information contained in the Petitioner's affidavit, and in his inmate trust fund account statement, the motion to proceed in forma pauperis is DENIED. Petitioner is ORDERED to remit the five dollar ($5.00) habeas filing fee within thirty (30) days of the date of entry of this order. Failure to timely comply with any requirement of this order

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this \_\_11\_\_ day of May, 2005.

/s/ Jon P. McCalla
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02164 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Anthony Murff
331233
P.O. Box 1150
Henning, TN 38041--115

Honorable Jon McCalla
US DISTRICT COURT