# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 30 AM 7: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **ANTHONY MURFF,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | |
| **DAVID MILLS,** | **CASE NO: 05-2164 Ml/V** |
| Respondent. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Vacating May 11, 2005 Order, Order Denying Leave to Proceed *In Forma Pauperis*, Order Correcting the Docket, Order of Dismissal, Order Denying Certificate of Appealability, and Order Certifying Appeal Not Taken in Good Faith, entered August 30, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug 30, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02164 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Anthony Murff
331233
P.O. Box 1150
Henning, TN 38041--115

Honorable Jon McCalla
US DISTRICT COURT